American Refining Co. v. Tidal Western Oil Corp., Seventh Dist., 264 S. W., 335. Refused Dec. 3, 1924.

Note per Curiam: "This case was rightly decided on the facts, regardless of some of the reasons given by the Court of Civil Appeals in its opinion."

J. L. Chapman v. M. M. Reese, Ninth Dist., 268 S. W., 967. Refused March 11, 1925.

Note per Curiam: "The Assignment should have been considered, but it being manifest that it disclosed no reversible error, we refuse the application." Chief Justice Cureton not sitting.